COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Kevin Conlin and Kathryn Conlin v. Darrell Haun and Solarcraft, Inc.

Appellate case number:    01-13-00329-CV

Trial court case number:  09-DCV-169352

Trial court:              434th District Court of Fort Bend County

Appellees have filed an Amended Motion to Dismiss Appeal, or, In the Alternative, Motion to Extend Time to File Brief. Appellees cite no authority, and we have found none, for their claim that the appeal should be dismissed. Accordingly, appellees' request that the appeal be dismissed is DENIED.

Further, appellees indicate that they have requested that the reporter file additional hearing records, and request that we order appellants to pay for the additional portions of the reporter's record that appellees have requested. However, the record reflects that the appellants served the appellees with appellants' designation of the reporter's record to be filed in this appeal. The appellees did not request the additional portions of the record until after the reporter's record was filed in this Court and appellants had filed their brief. Under these circumstances, the requested records are supplemental and appellees are responsible for payment for the supplemental records. *See* TEX. R. APP. P. 34.6(d); *Graves v. Diehl*, No. 01-00-00412-CV, 2006 WL 1699527, at *3 n.4 (Tex. App.—Houston [1st Dist.] June 22, 2006, pet. denied); *Johnson v. Alcon Laboratories*, 149 S.W.3d 653, 654 (Tex. App.—Fort Worth Nov. 13, 2003, order).

Appellees are permitted to request supplementation of the reporter's record. *See* TEX. R. APP. P. 34.6(b)(3). However, a request for a supplemental record does not affect the deadline for filing a brief, because the briefing deadlines are set based on the receipt of the original clerk's and reporter's records. *See* TEX. R. APP. P. 38.6. Accordingly, appellees are ORDERED to pay for the supplemental records they have requested within 5 days of the date of this order. The court reporter is ORDERED to file the supplemental reporter's record within 10 days of the date that payment is received from the appellees. Appellees have indicated that their brief is nearly complete; accordingly, appellees' brief will be due 10 days after the date that the supplemental reporter's record is filed. No further extensions will be granted to file the brief absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

☑ Acting individually    ☐ Acting for the Court


Date:  June 10, 2013